PHILLIP A. TALBERT
United States Attorney
ROGER YANG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:21-CR-00038-2 TLN |
|---|---|
| Plaintiff, | MOTION FOR THE DEPOSIT OF FUNDS INTO THE COURT'S DEPOSIT FUND; AND ORDER |
| v. | [No Hearing Requested] |
| ASHKAR PATEL, | |
| Defendants. | |

   The United States hereby moves for an order authorizing deposits into the court's deposit fund pending the outcome of this criminal prosecution. The motion is based on the following grounds:

   1. ASHKAR PATEL pleaded guilty pursuant to a plea agreement on December 2, 2021 to a single count of Conspiracy to Launder Money in violation of 18 U.S.C. § 1956(h).

   2. In the plea agreement, the defendant agreed to make an initial payment of $1,000 to the Clerk of the Court prior to sentencing, with the balance due after sentencing. In addition, the defendant agreed to pay a special assessment of $100 at the time of sentencing.

   3. On March 22, 2022, the defendant deposited a $1,000 check to go towards restitution (#CAE200119972), and a $100 check to pay his special assessment (#CAE200119973).

   4. On March 24, 2022, the defendant was sentenced to 18 months imprisonment, and ordered to pay $100,000 in restitution and a $100 special assessment.

   5. The United States requests an order that provides that, on or before the date of ASHKAR

PATEL's sentencing, the defendant or any individual or entity on their behalf, be permitted to make payments in partial or full satisfaction of the defendants' criminal monetary penalties ("Deposit") to the Clerk of the Court as specified in the accompanying [proposed] order, nunc pro tunc to the date of the deposits. The Deposit shall, upon sentencing, be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

Dated:  March 24, 2022　　　　　　　　　　　　　PHILLIP A. TALBERT
　　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　By:  /s/ ROGER YANG
　　　　　　　　　　　　　　　　　　　　　　ROGER YANG
　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

# FINDINGS AND ORDER

The Court, having reviewed the court files and the United States' Motion for the Deposit of Funds into the Court's Deposit Fund, and good cause appearing, hereby GRANTS the Motion. Accordingly, IT IS ORDERED that:

1. On or before the date of ASHKAR PATEL's sentencing, the defendant, or any other individual or entity on their behalf, may make payments in partial or full satisfaction of the defendant's criminal monetary penalties ("Deposit") to the Clerk of Court.

2. The payment instruments shall be made payable to the "Clerk of Court" and be delivered to:

   OFFICE OF THE CLERK
   United States District Court
   501 I Street, Suite 4-200
   Sacramento, CA 95814

3. The payment instruments shall include the case number (No. 2:21-CR-0038 TLN) and provide the name of the defendant for whom the payment should be credited.

4. Upon receipt, the Clerk shall promptly deposit the payments into the Court's deposit fund.

5. Once the imposed judgment is entered and docketed, the Deposit shall then be transferred to the defendant's criminal case.

6. Unless the Court orders otherwise, the Deposit shall be applied towards the criminal monetary penalties in the order stated in the Schedule of Payments section of the Judgment.

IT IS SO FOUND AND ORDERED this 25th day of March, 2022, nunc pro tunc to March 22, 2022.

_____
Troy L. Nunley
United States District Judge